■ GARY MASSELLA, Appellant, v PARTNER INDUSTRIAL PRODUCTS, INC., et al., Defendants. PARTNER INDUSTRIAL PRODUCTS, INC., et al., Third-Party Plaintiffs-Appellants, v MONROE COUNTY WATER AUTHORITY, Third-Party Defendant-Respondent. [665 NYS2d 948] —Order unanimously reversed on the law with costs, motion denied and third-party complaints reinstated. Memorandum: Supreme Court erred in granting third-party defendant's motion for summary judgment dismissing the third-party complaints. The 1996 amendment to Workers' Compensation Law § 11 (*see,* L 1996, ch 635, § 2) does not apply retroactively to bar the third-party action (*see, Matie v Sealed Air Corp.,* 242 AD2d 863 [decided herewith]; *Majewski v Broadalbin-Perth Cent. School Dist.,* 231 AD2d 102; *Morales v Gross,* 230 AD2d 7). (Appeals from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Denman, P. J., Green, Lawton, Wisner and Balio, JJ.